UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAROOQ ABDUL ALEEM,<br><br>                Plaintiff,<br><br>        v.<br><br>PATRICK COVELLO, et al.,<br><br>                Defendants. | No.  2:20-cv-0629 KJM CKD P<br><br><br>ORDER |

Plaintiff has filed a document titled "Third Amended Complaint" which is actually a fourth amended complaint.  As plaintiff was not given leave to file a fourth amended complaint, nor does plaintiff point to any reason why he should be granted leave, IT IS HEREBY ORDERED that plaintiff's January 8, 2021 "Third Amended Complaint" is stricken.

Dated:  January 13, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
alee0629.stk